IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RACHEL R. TYLER, | ) | 8:07CV447 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WELLS FARGO BANK, and two | ) | |
| employees thereof, TAMMY | ) | |
| PEOPLES, ANITA JOHNSON, | ) | |
| manager, and JESSICA CROSS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 10, 2008, the court entered an order dismissing claims and directing Plaintiff to file an amended complaint no later than April 9, 2008. (Filing No. 6.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF p. 4.) Plaintiff has not filed an amended complaint or any other response to the court's order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

April 18, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge